

# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2015

No. 04-15-00453-CV

Stanley **FREEMAN**,
Appellant

v.

Sumiko **FREEMAN**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 1998-CI-13915
Honorable Larry Noll, Judge Presiding

## ORDER

The Appellee's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellee's brief is this date GRANTED. Time is extended to January 15, 2016.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:
Lucille Gale Forrest
Lucille Forrest Law Office
214 Rosewood Dr
Universal City, TX 78148-4113

Gary A. Beahm
Gary A Beahm PC
3003 NW Loop 410 Ste 205
San Antonio, TX 78230-5132

Anthony Walluk
111 Soledad St Ste 300
San Antonio, TX 78205-2321